UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          v.<br><br>MARKUS DEON CARPENTER,<br><br>                          Defendant. | Case No. MJ12-621<br><br>**DETENTION ORDER** |

Offense charged:

    Supervised Release Violations – Middle District of Pennsylvania.

Date of Detention Hearing:  November 21, 2012.

    The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

    Defendant allegedly violated supervised release by committing a new criminal offense and failing to notify his probation officer within 72 hours of having law enforcement contact.

DETENTION ORDER - 1

1   Defendant has a lengthy criminal history including convictions for escape, drug violations,

2   assault, unlawful weapons possession and bank robbery.  He has been charged in state court for

3   the conduct underlying the alleged supervised release violations.  After he failed to appear for

4   court on that matter, the state courts issued a warrant for his arrest.  The Court received no

5   information about defendant's ties to the community, employment, finances or health.

6         It is therefore **ORDERED**:

7         (1)     Defendant shall be detained pending trial and committed to the custody of the

8   Attorney General for confinement in a correctional facility separate, to the extent practicable,

9   from persons awaiting or serving sentences, or being held in custody pending appeal;

10         (2)     Defendant shall be afforded reasonable opportunity for private consultation with

11   counsel;

12         (3)     On order of a court of the United States or on request of an attorney for the

13   Government, the person in charge of the correctional facility in which Defendant is confined

14   shall deliver the defendant to a United States Marshal for the purpose of an appearance in

15   connection with a court proceeding; and

16         (4)     The Clerk shall direct copies of this order to counsel for the United States, to

17   counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services

18   Officer.

19       DATED this 21st day of November, 2012.

20

21

22   Pdf'd to Mags Out on 11/21/12

23

                                                BRIAN A. TSUCHIDA
                                              United States Magistrate Judge

DETENTION ORDER - 2